IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MANLEY CATES, | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 1:13-cv-3393-WSD |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| 360 IMAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

### ~~PROPOSED~~ ORDER APPROVING SETTLEMENT AGREEMENT

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq.*, based on Defendant's alleged failure to properly compensate Plaintiff for all hours worked. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the parties' Joint Motion and draft Settlement Agreement.

The Court is further aware of investigation by the parties of the facts underlying the lawsuit, and of negotiations between the parties. The Court is of the opinion that there are *bona fide* disputes over matters regarding Plaintiffs' FLSA claims and Defendant's counterclaims against Plaintiff.

In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The court dismisses the action with prejudice.

DONE and ORDERED this 9th day of April, 2014.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE